**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL JOSEPH MILLER, a/k/a<br>Danny Carpenter,<br><br>　　　　Defendant. | No. CR07-3020-MWB<br><br>**ORDER CONCERNING MAGISTRATE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S GUILTY PLEA** |

_____

## I. INTRODUCTION AND BACKGROUND

On April 19, 2007, an indictment was returned against defendant Daniel Joseph Miller charging him with conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, distributing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), using a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1), possessing, bartering and selling a stolen firearm, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2), and possession of a firearm after having been convicted of a misdemeanor crime of domestic violence, possession of a firearm by a felon, and possession of a firearm by an unlawful user of controlled substances, in violation of 18 U.S.C. § 922(g)(1), 922(g)(3), 922(g)(9), and 924(a)(2). On September 14, 2007, defendant appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts 3 and 5 of the indictment. On this same date, Judge Zoss filed a Report and Recommendation in which he recommends that defendant's guilty plea be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The

court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant's plea in this case.

## *II. ANALYSIS*

Pursuant to statute, this court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made, as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the court upon review of Judge Zoss's findings and conclusions, that there is no ground to reject or modify them. Therefore, the court **accepts** Judge Zoss's Report and Recommendation of September 14, 2007, and accepts defendant's plea of guilty in this case to Counts 3 and 5 of the indictment.

2

**IT IS SO ORDERED.**

**DATED** this 1st day of October, 2007.

                                                                                                                  _____
                                                                                                                  MARK W. BENNETT
                                                                                                                  U. S. DISTRICT COURT JUDGE
                                                                                                                  NORTHERN DISTRICT OF IOWA